IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY DARVELL HENRICKS, <br><br> Defendant. | CR 94-38-BLG-SPW-12 <br><br> ORDER |

For the reasons stated on the record, LARRY DARVELL HENRICKS is hereby released from the custody of the U.S. Marshals Service.

DATED this 1st day of December, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1