# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY DARVELL HENRICKS,<br><br>Defendant | Case No. CR-94-38-BLG-SPW-12<br><br>**ORDER TO CONTINUE REVOCATION HEARING** |

UPON the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. 722), and for good cause appearing,

IT IS HEREBY ORDERED that the Revocation Hearing set for Wednesday, July 27, 2022 at 10:30 a.m., is **VACATED** and **RESET** for **Wednesday, August 31, 2022 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 18th day of July, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge